# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN L. WAY, SR.,            )
                              )
     Petitioner,          )
                              )
        v.                )        Civil Case No. 11-841 (RJL)
                              )
SIMON T. WAINWRIGHT,     )
                              )
     Respondents.      )
                              )

## ORDER

In accordance with the Memorandum Opinion issued this date, it is hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED** this __ day of ___Dec___, 2011.  This is a final and appealable order.

_____
RICHARD J. LEON
United States District Judge